1000

In the Matter of the Claim of JEFFREY GROTH, Respondent, v DAIMLER CHRYSLER CORPORATION et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted October 9, 2007; decided December 18, 2007

Reported below, 41 AD3d 1021, 2007 NY Slip Op 77194(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of HAROLD HALL, Appellant, v WILLIAM PHILLIPS, Respondent.

Submitted November 5, 2007; decided December 18, 2007

Reported below, 2007 NY Slip Op 70024(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of BETTY KARL, Respondent, v NEW VENTURE GEAR et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted October 9, 2007; decided December 18, 2007

Reported below, 41 AD3d 1024, 2007 NY Slip Op 77195(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of ELVIN LEBRON, Appellant, v NEW YORK CITY DEPARTMENT OF CORRECTIONS et al., Respondents.

Submitted November 5, 2007; decided December 18, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine